Bryan M. McGarry (SBN 258156)
*mcgarry.bryan@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626-7655
Telephone: (714) 800-1400
Facsimile: (714) 800-1499

Attorneys for Defendants
LTF Construction Company, LLC, and
LTF Real Estate Company, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORIZON CONTRACT GLAZING, INC.<br><br>Plaintiff,<br><br>v.<br><br>LTF CONSTRUCTION COMPANY, LLC, LTF REAL ESTATE COMPANY, INC. and DOES 1 through 100,<br><br>Defendants. | CASE NO: **2:17-cv-01540-MCE-CKD**<br><br>Assigned to:<br>Judge Morrison C. England, Jr<br>Courtroom 7, 14th Floor<br><br>Referred to:<br>Magistrate Judge Carolyn K. Delaney<br>Courtroom 24, 8th Floor<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[*Concurrently filed with Joint Stipulation*]<br><br>Action Removed: July 25, 2017<br>Trial Date: None Set |

# **ORDER**

The Court having considered the Stipulation to Dismiss Entire Action with Prejudice, and pursuant to Federal Rule of Civil Procedure 41, and good cause appearing therefor, it is hereby ordered that this action is dismissed with prejudice and with each party shall bear its own costs and attorney fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE